[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14794
Non-Argument Calendar

_____

D.C. Docket No. 8:11-cr-00238-RAL-AEP-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK BROWN,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 20, 2012)


Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Mark Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's convictions and sentences are **AFFIRMED**.

2